UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

Criminal No. 12-cr-23-01-JL

v.

<u>William Hebert, Jr.</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted in part.  The continuance is limited to 30 days. The court does not wish to be difficult, and has faith in counsel of record, but the motion provides no information as to why additional time is needed, such as delays in discovery production, complexity of issues, practical hurdles to be overcome, or anything else. 30-day extension granted.  Counsel should not anticipate further continuances without good cause shown.  Final Pretrial is rescheduled to March 25, 2013 at 11:00 AM; Trial is continued to the two-week period beginning April 2, 2013, 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

/s/ Joe Laplante
_____
Joseph N. Laplante
Chief Judge

Date: February 19, 2013

cc:  Bjorn R. Lange, Esq.
     Arnold H. Huftalen, Esq.
     U.S. Marshal
     U.S. Probation